### Ana Maria PINEDA–ZUNIGA, Petitioner,

v.

### Peter D. KEISLER,* Acting Attorney General, Respondent.

### No. 07–71842.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 1, 2007 **.

Filed Oct. 10, 2007.

Ana Maria Pineda–Zuniga, Los Angeles, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, W.

---

* Peter D. Keisler is substituted for his predecessor, Alberto R. Gonzales, as Acting Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Manning Evans, U.S. Department of Justice, Civil Division, Washington, D.C., for Respondent.

Before: B. FLETCHER, BERZON and IKUTA, Circuit Judges.

## MEMORANDUM ***

The motion to proceed in forma pauperis is granted. The Clerk shall amend the docket to reflect this status.

This is a petition for review of the Board of Immigration Appeals' ("BIA") order denying petitioner's motion to reopen.

Respondent's unopposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The BIA did not abuse its discretion in denying petitioner's motion to reopen. *See* 8 C.F.R. § 1003.2(c)(1) (stating that a motion to reopen "shall be supported by affidavits or other evidentiary material ... [and] shall not be granted unless it appears to the Board that evidence sought to be offered is material and was not available and could not have been discovered or presented at the former hearing"); *Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir.2003) (stating that the BIA's denial of a motion to reopen is reviewed for abuse of discretion).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* Peter D. Keisler is substituted for his predecessor, Alberto R. Gonzales, as Acting Attorney

All other pending motions are denied as moot. The temporary stay of removal confirmed by Ninth Circuit General Order 6.4(c) shall continue in effect until issuance of the mandate.

## PETITION FOR REVIEW DENIED.